

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**



APR 1 3 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff*,<br>v.<br><br>REBECCA JO FIXICO and CHELSEA SHIRON MURRAY,<br><br>               *Defendants*. | SEALED<br><br>Case No.  **23 CR 069 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C), & 18 U.S.C. § 2]

On or about November 30, 2022, in the Eastern District of Oklahoma, the defendants, **REBECCA JO FIXICO** and **CHELSEA SHIRON MURRAY**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

RYAN BONDURA, SC Bar # 104079
Assistant United States Attorney