IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-23-69-JFH-02 |
| | ) | |
| CHELSEA SHIRON MURRAY, | ) | |
| Defendant. | ) | |

**NOTICE OF CONSENT TO PROCEED VIA VIDEO TELECONFERENCE**

The Defendant hereby advises the Court he/she is aware of his/her right to appear in person at all hearings before this Honorable Court. The Defendant hereby advises the Court that he/she consents to proceed with this Arraignment via video teleconference.

4-19-23
Date

_Chelsea Murray_
Defendant

FILED
APR 2 0 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk